AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gelpi, Gustavo A | 2. Court or Organization<br><br>U.S. District Court for P.R. | 3. Date of Report<br><br>04/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>US Courthouse, Room CH 151<br>150 Carlos Chardon Ave.<br>San Juan, PR 00918-0483 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Federal Bar Association |
| 2. Chair - Audit Committee | Federal Bar Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 APR 22 A 10: 53 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | self employed (attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 01/19/07 to 01-21-07 | Memphis, Tennessee | Board of Directors Meet. | transportation, meals and room |
| 2. | Federal Bar Association | 03/22/07 to 03/25/07 | Crystal City, Virginia | Mid Year & B. of D. Meet. | transportation, meals and room |
| 3. | Cornell University | 04/19/07 to 04/21/07 | Ithaca, New York | Keynote Speaker | transportation, meals and room |
| 4. | Federal Bar Association | 05/08/07 to 05/09/07 | St. Croix, U.S. V.I. | 3rd Cir. Judicial Rec. | transportation, meals and room |
| 5. | Federal Bar Association | 07/19/07 to 07/21/07 | San Francisco, California | Board of Direc.Meet. | transportation, meals and room |

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/14/2008 |

| 6. | Federal Bar Association | 09/04/07 to 09/09/07 | Atlanta, Georgia | Annual Conv. & Meet. | transportation, meals and room |
|---|---|---|---|---|---|



| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Santurce Crabbers, Inc. | Season tickets | $ 800.00 |
| 2. Bankers Club | Honorary Membership | $ 800.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. MBNA America | Line of Credit | K |
| 2. Caribe Federal Credit Union | Personal Loan | J |
| 3. Citi card | Credit Card | J |
| 4. HSBC | Credit Card | J |
| 5. TD FCU | Credit Card | J |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gelpi, Gustavo A | 04/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Weatherford Intl. Ltd. New (Bermuda) | A | Interest | J | T | sell partial | 9/21 | J | A | n/a |
| 2. Smith Barney (mutual fund) | A | Dividend | J | T | n/a | | | | |
| 3. Disney (common stock) | A | Dividend | J | T | n/a | | | | |
| 4. Amazon Com Inc. | A | Dividend | J | T | sell partial | 7/25 | J | A | n/a |
| 5. Amazon Com Inc. | A | Dividend | J | T | sell partial | 9/21 | J | A | n/a |
| 6. Marvel Enterprises (common stock) | A | Dividend | J | T | n/a | | | | |
| 7. John Hancock:variable life policy | A | Interest | J | T | n/a | | | | |
| 8. Banco Popular de P.R. (Educational IRAs) | A | Interest | J | T | | | | | |
| 9. Advent Software Inc. | A | Dividend | J | T | n/a | | | | |
| 10. American Internationl Group | A | Dividend | J | T | sell partial | 03/13 | J | A | n/a |
| 11. Amgen Inc. | A | Dividend | J | T | n/a | | | | |
| 12. Autodesk Inc. | A | Dividend | J | T | n/a | | | | |
| 13. Biogen Idec Inc. | A | Dividend | J | T | n/a | | | | |
| 14. Cablevision Systems/Cablevision NY Group CLA | A | Dividend | J | T | sell partial | 01/17 | J | A | n/a |
| 15. Charming Shoppes Inc. | A | Dividend | J | T | n/a | | | | |
| 16. Cisco Sys. Inc. | A | Dividend | J | T | n/a | | | | |
| 17. Coca-Cola | A | Dividend | J | T | n/a | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Comcast Corp CLA-SPL | A | Dividend | J | T | sell partial | 01/17 | J | A | n/a |
| 19. Cree Inc. | A | Dividend | J | T | n/a | | | | |
| 20. Dell Inc. | A | Dividend | J | T | n/a | | | | |
| 21. Forest Laboratories Inc. | A | Dividend | J | T | sell partial | 01/17 | J | A | n/a |
| 22. Genetech | A | Dividend | J | T | n/a | | | | |
| 23. General Electric Co. | A | Dividend | J | T | n/a | | | | |
| 24. Genzyme Corp. | A | Dividend | J | T | sell partial | 01/17 | J | A | n/a |
| 25. Procter and Gamble | A | Dividend | J | T | sell partial | 01/17 | J | A | n/a |
| 26. Procter and Gamble | A | Dividend | J | T | sell partial | 03/13 | J | A | n/a |
| 27. Home Depot | A | Dividend | J | T | n/a | | | | |
| 28. IAC Interactive Corp. | A | Dividend | J | T | sell partial | 01/17 | J | A | n/a |
| 29. INTEL Corp. | A | Dividend | J | T | n/a | | | | |
| 30. Johnson & Johnson | A | Dividend | J | T | n/a | | | | |
| 31. L3 Communications Hldgs Inc. | A | Dividend | J | T | sell partial | 01/17 | J | A | n/a |
| 32. Lehman Brothers Holdings Inc. | A | Dividend | J | T | sell partial | 11/17 | J | A | n/a |
| 33. Liberty Media Corp. | A | Dividend | J | T | n/a | | | | |
| 34. Liberty Media Intl. Inc. | A | Dividend | J | T | n/a | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merrill Lynch & Co. Inc. | A | Dividend | J | T | n/a | 10/4 | | | |
| 36. Micron Technology Inc. | A | Dividend | J | T | n/a | | | | |
| 37. Microsoft Corp. | A | Dividend | J | T | sell partial | 01/16 | J | A | n/a |
| 38. Millenniun Pharmaceuticals Inc. | A | Dividend | J | T | sell partial | 01/17 | J | A | n/a |
| 39. Pall Corp. | A | Dividend | J | T | sell partial | 01/16 | J | A | n/a |
| 40. Pepsico Inc. | A | Dividend | J | T | n/a | | | | |
| 41. Pfizer Inc. | A | Dividend | J | T | n/a | | | | |
| 42. Sandisk Corp. | A | Dividend | J | T | sell partial | 11/20 | J | A | n/a |
| 43. Texas Instruments Inc. | A | Dividend | J | T | n/a | | | | |
| 44. Time Warner Inc. | A | Dividend | J | T | sell partial | 01/16 | J | A | n/a |
| 45. Tyco Intl. Ltd. | A | Dividend | J | T | n/a | | | | |
| 46. Unitedhealth Group Inc. | A | Dividend | J | T | n/a | | | | |
| 47. Walt Disney Coc. | A | Dividend | J | T | n/a | | | | |
| 48. WM Wrigley Jr. Co. | A | Dividend | J | T | n/a | | | | |
| 49. Yahoo Inc. | A | Dividend | J | T | n/a | | | | |
| 50. Electric Arts | A | Dividend | J | T | n/a | | | | |
| 51. Comecast Corp. | A | Dividend | J | T | n/a | | | | |



| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/14/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. United Health Group Int. | A | Dividend | J | T | n/a | | | | |
| 53. Bed Bath and Beyond | A | Dividend | J | T | n/a | | | | |
| 54. Anndarko Petroleum | A | Dividend | J | T | n/a | | | | |
| 55. Broadcom Corp. | A | Dividend | J | T | n/a | | | | |
| 56. E Bay, Inc. | A | Dividend | J | T | buy | 03/14 | J | A | n/a |
| 57. Grant Prideco | A | Dividend | J | T | buy | 01/24 | J | A | n/a |
| 58. Coviden Ltd. | A | Dividend | J | T | n/a | | | | |
| 59. Discovery Holding Co. | A | Dividend | J | T | sell partial | 09/21 | J | A | n/a |
| 60. Expedia Inc. | A | Dividend | J | T | n/a | | | | |



| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gelpi, Gustavo A | 04/14/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III

Filer's non-investment income is from U.S. Government salary for services as a U.S. District Judge.


Part VII Line 1 (D) (1)

The information provided in my 2006 financial report regarding Weatherford Int'l. Ltd. New should have read "partial sell" rather than "sell".


Part VII Line 2

In November of 2007 I transferred my Smith Barney Mutual Fund to UBS Financial Services. The specific name of the mutual fund is now the Legg Mason Partners Aggressive Growth Fund Class A.


Part VII Line 5 (Coviden Ltd.)

This asset was inadvertently omitted from my 2006 report. The same was acquired on 5/15/06 with a value code of J, gain code of A and identity of seller n/a.


Part VII Line 5 (Discovery Holding Co.)

This asset was inadvertently omitted from my 2004-2006 reports. The same was acquired on 3/22/04 and 6/24/04 with a value code of J, gain code of A and identity of seller n/a.


Part VII Line 5 (Expedia Inc.)

This asset was inadvertently omitted from my 2004-2006 reports. The same was acquired on 4/6/04and 8/24/04 with a value code of J, gain code of A and identity of seller n/a.



## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544